IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>vs. )<br>)<br>)<br>ANGELA MARIE GIBSON, and )<br>DAVID SHINE )<br>)<br>_____ ) | DOCKET NO. 5:23-cr-54-KDB<br><br>**BILL OF INDICTMENT**<br><br>Violations: 21 U.S.C. § 846<br>18 U.S.C. § 841(a)(1)<br>18 U.S.C. § 2 |

THE GRAND JURY CHARGES:

### COUNT ONE

From at least as early as in or about February 2023 through on or about May 22, 2023, in Catawba County, within the Western District of North Carolina and elsewhere, the defendants,

**ANGELA MARIE GIBSON, and
DAVID SHINE,**

did knowingly and intentionally conspire and agree with each other and with other persons, known and unknown to the Grand Jury to distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 846.

### COUNT TWO

On or about February 24, 2023, in Catawba County, within the Western District of North Carolina and elsewhere, the defendant,

**ANGELA MARIE GIBSON,**

did knowingly and intentionally distribute a controlled substance, that is, a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

On or about March 30, 2023, in Catawba County, within the Western District of North Carolina and elsewhere, the defendant,

**ANGELA MARIE GIBSON,**

did knowingly and intentionally distribute a controlled substance, that is, a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

On or about April 17, 2023, in Catawba County, within the Western District of North Carolina and elsewhere, the defendants,

**ANGELA MARIE GIBSON, and
DAVID SHINE,**

aided and abetted by each other and by others known and unknown to the Grand Jury, did knowingly and intentionally distribute a controlled substance, that is, a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FIVE

On or about April 28, 2023, in Catawba County, within the Western District of North Carolina and elsewhere, the defendant,

**ANGELA MARIE GIBSON,**

did knowingly and intentionally distribute a controlled substance, that is, a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIX

On or about May 22, 2023, in Catawba County, within the Western District of North Carolina and elsewhere, the defendants,

**ANGELA MARIE GIBSON, and
DAVID SHINE,**

aided and abetted by each other and by others known and unknown to the Grand Jury, did knowingly and intentionally distribute a controlled substance, that is, a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT SEVEN

On or about May 22, 2023, in Catawba County, within the Western District of North Carolina and elsewhere, the defendant,

**DAVID SHINE,**

did knowingly and intentionally possess with intent to distribute a controlled substance, that is, a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## NOTICE OF FORFEITURE

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 21 U.S.C. § 853. The following property is subject to forfeiture in accordance with Section 853:

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations; and,

c. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court,

has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant to the extent of the value of the property described in (a), (b), and (c).

A TRUE BILL

FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

DANA O. WASHINGTON
ASSISTANT UNITED STATES ATTORNEY